# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700126

_____

## UNITED STATES OF AMERICA
Appellee

v.

## JOSEPH A. KERBEIN
Quartermaster First Class (E-6), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Arthur L. Gaston III, JAGC, USN.
Convening Authority: Commanding Officer, Afloat Training Group
MIDPAC, Pearl Harbor, HI.
Staff Judge Advocate's Recommendation: Lieutenant Junior Grade
Jared M. Janes, JAGC, USN.
For Appellant: Major Jason L. Morris, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 29 June 2017

_____

Before MARKS, RUGH, and JONES, _Appellate Military Judges_

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court